**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nino Keeney et al<br><br>PLAINTIFF<br>v.<br>Lowe's Home Centers, LLC et al.<br><br>DEFENDANT | CASE NUMBER:<br><br>EDCV 22-00548-FWS (PDx)<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on April 20, 2023 as docket number 37 & 38 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs Nino Keeney [37] and Lydia K. Keeney [38]

and against

Defendant Lowe's Home Centers, LLC et al.

according to the terms set forth in the Offer of Judgment.

Date: May 5, 2023          By: Melissa H. Kunig    *Melissa H. Kunig*
                                Deputy Clerk

CV-140 (02/21)                    JUDGMENT